UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GEORGE ARTHUR,

Plaintiff,

v.

BRIAN WILLIAMS et al.,

Defendants.

Case No. 2:18-cv-00754-JAD-GWF

ORDER

**I.  DISCUSSION**

On May 21, 2018, this Court directed Plaintiff to notify the Court whether he wanted to proceed: (1) on his original complaint and screening order, or (2) on his amended complaint. (ECF No. 13 at 2). The Court stated that, if Plaintiff chose to proceed on his original complaint and screening order, the Court would deny his motions for leave to file an amended complaint and leave to file a longer than normal complaint. (*Id.* at 1).

On June 1, 2018, Plaintiff filed a notice of intent to proceed on his original complaint and screening order and to cancel the amended complaint, motion for status check, and motion for an amended complaint. (ECF No. 15 at 2).

The Court now denies the motion for leave to file amended complaint (ECF No. 11), motion for leave to file a longer than normal amended complaint (ECF No. 12), and motion for status check (ECF No. 14) as moot. This case will proceed to mediation on the original complaint (ECF No. 10) and screening order (ECF No. 9).

///

**II.    CONCLUSION**

For the foregoing reasons, it is ordered that the motion for leave to file amended complaint (ECF No. 11), motion for leave to file longer than normal amended complaint (ECF No. 12), and motion for status check (ECF No. 14) are denied as moot.

It is further ordered that this case will proceed on the original complaint (ECF No. 10) and screening order (ECF No. 9).

DATED THIS  5th  day of June 2018.

_____
UNITED STATES MAGISTRATE JUDGE