ADAM PAUL LAXALT
  Attorney General
Matthew P. Feeley (Bar No. 13336)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
(702) 486-3120 (phone)
(702) 486-3773 (fax)
E-mail: mfeeley@ag.nv.gov

*Attorneys for Defendants
Brian Williams, Joseph Faliszek,
and William Kuloloia*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE ARTHUR, | CASE NO. 2:18-cv-00754-JAD-GWF |
| Plaintiff, | |
| v. | |
| | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| BRIAN WILLIAMS, et al., | |
| Defendants. | ECF Nos. 1, 32 |

Plaintiff George Arthur, *pro se*, and Defendants Brian Williams, Joseph Faliszek, and William Kuloloia, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Matthew Feeley, Deputy Attorney General, hereby stipulate and agree to dismiss the above-captioned matter with prejudice. Each party will bear their own attorney fees and costs. This stipulation is made and based on a Settlement Agreement reached by the parties. The parties further state that they have resolved this matter in its entirety,

///

///

and that the Court may accordingly close the case.

DATED this 10 day of August, 2018.  DATED this 17 day of August, 2018.

ADAM PAUL LAXALT
Attorney General

By: /s/ _____  By: /s/ _____
GEORGE ARTHUR                     MATTHEW FEELEY, ESQ.
*Pro Se* Plaintiff                Nevada Bar No. 13336
                                  555 E. Washington Avenue, Ste. 3900
                                  Las Vegas, Nevada 89101
                                  *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 32]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION **is DISMISSED with prejudice**, each party to bear its own fees and costs. The IFP application **[1] is DENIED** as moot, and the **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 20, 2018